■ EVELYN E. LITWIN, Respondent, v. IRVING RICH, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ BELLA NAPHTALI, Appellant, and MATHIAS NAPHTALI, Appellant-Respondent, v. IRVING LAFAZAN, Respondent-Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion by the appellant and the appellant-respondent for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ ABRAHAM SHUFFIAN, Respondent, v. RALPH GARFOLA, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ HARRY TOPP, Respondent, v. CASCO PRODUCTS CORP., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion to vacate the decision and order of this court (ante, p. 727) dated May 4, 1959, and for other relief denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ ANTHONY P. CASALE, Individually and as Guardian ad Litem of PETER CASALE, an Infant, et al., Respondents, v. DE JACK AMUSEMENT CORP., Appellant.— In an action by an infant and by his mother to recover damages for personal injuries sustained by them as a result of being thrown from their seats in an amusement device known as a "Whip Ride", and by her husband for loss of her services, the appeal is from a judgment entered after trial before the court without a jury in favor of the respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ RALPH CATANESE, an Infant, by His Guardian ad Litem, SALVATORE CATANESE, et al., Appellants, v. MATTHEW F. SICA, Respondent.— In an action to recover damages for personal injuries, and for medical expenses and loss of services, the appeal is from an order denying a preference under rule 9 of the Kings County Supreme Court Trial Term Rules. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ JOHN CHRIS, Appellant-Respondent, v. INTERNATIONAL EXPORT & IMPORT CORP. et al., Respondents, and SOFOCLIS MITARILIS et al., Respondents-Appellants.— In an action by an assignee to recover on two promissory notes secured by collateral, the appeals are (1) from so much of an order as denied the motion of the appellant-respondent for summary judgment, striking out the answers, and (2) from so much of that order as denied the cross motion of the respondents-appellants, who guaranteed payment of the notes, for judgment on the pleadings, dismissing the complaint as to them. Order affirmed, without costs. The record presents both issues of law and fact. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.